**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-10290 |
| Plaintiff - Appellee, | D.C. No. 1:11-cr-00274-LJO |
| v. | |
| ROSEMARY FIERROS, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Eastern District of California
Lawrence J. O'Neill, District Judge, Presiding

Submitted November 18, 2014[**]

Before:    LEAVY, FISHER, and N.R. SMITH, Circuit Judges.

Rosemary Fierros appeals from the district court's judgment and challenges

the 48-month sentence imposed following her jury-trial conviction for conspiracy

to unlawfully produce and transfer identification documents, in violation of 18

U.S.C. § 371; 15 counts of unlawful production of an identification document and

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).